**Report and Order Terminating Supervised Release**
**Prior to Original Expiration Date**

## UNITED STATES DISTRICT COURT

### FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                )<br>)   Docket No:   1:11CR00117<br>Raudel Vasquez RUBALCABA )<br>) | |

On November 24, 2008, Raudel Vasquez Rubalcaba was sentenced by the Honorable Walter Herbert Rice (SD/OH) to 108 months custody of the Bureau of Prisons, followed by a five-year term of supervised release, as a result of his plea of guilty to Count One of a five-count Superseding Indictment charging 21 USC 846 and 841(a)(1) and (b)(1)(A) - Conspiracy to Distribute and Possess with Intent to Distribute in Excess of 5 Kilograms of Cocaine (CLASS A FELONY).

Mr. Rubalcaba completed his custodial sentence on November 22, 2010, and immediately began his five-year term of supervised release within the Eastern District of California. Special conditions of supervision included: Drug/alcohol treatment and testing; Seek and maintain gainful employment; and, Serve a period of 100 hours community service. In addition, on March 15, 2011, with the prior approval of the supervisee, the Court ordered Mr. Rubalcaba's conditions of supervised release modified to include his requirement to submit to the search of his person and residence when deemed appropriate by the probation officer.

Jurisdiction of Mr. Rubalcaba's case was ultimately transferred from the Southern District of Ohio to the Eastern District of California on March 28, 2011.

Re:    Raudel Vasquez RUBALCABA
       Docket No.:   1:11CR00117-01
       **REPORT AND ORDER TERMINATING**
       **SUPERVISED RELEASE**

Mr. Rubalcaba has complied with the rules and regulations of his Supervised Release, to include his successful completion of 100 hours community service, and is no longer in need of supervision. The prosecuting Assistant U. S. Attorney has been contacted and has no objection to the termination of supervised release in this matter. It is accordingly recommended that the supervisee be discharged from supervision.

                          Respectfully submitted,

                          /s/ Phil R. Hendley, Jr.

                          **Phil R. Hendley, Jr.**
                          **United States Probation Officer**

Dated:    May 10, 2013
          Modesto, California
          PRH/lr

              /s/ Jack C. Roberson
**REVIEWED BY:**    **Jack C. Roberson**
                    **Supervising United States Probation Officer**

## ORDER OF COURT

Pursuant to the above report, it is ordered that Raudel Vasquez RUBALCABA be discharged from Supervised Release and that the proceedings in the case be terminated.

cc:    United States Attorney's Office (ED/CA & SD/OH)

IT IS SO ORDERED.

Dated:    May 10, 2013                              _____
                                                    SENIOR DISTRICT JUDGE